Leo Goldstein, appellee, v. Oriental Candy Company, appellant. Gen. No. 25,886.

Action for damages for breach of an oral contract for the sale of scrap metal. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Reversed and remanded. Opinion filed April 12, 1921.

Gustav E. Beerly, for appellant. Isidore Fried, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

Patrick H. O'Donnell, appellant, v. Maclay Hoyne and Henry A. Berger, appellees. Gen. No. 25,898.

Action on the case for conspiracy to injure plaintiff by charging him with crime and seeking to secure his disbarment as an attorney. Judgment for defendants on demurrer. Appeal from the Circuit Court of Cook county; the Hon. Kickham. Scanlan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed April 12, 1921.

James Hartnett, for appellant. Edwin J. Raber and Edward E. Wilson, for appellees.

Mr. Justice Gridley delivered the opinion of the court.

---

Patrick H. O'Donnell, appellant, v. Maclay Hoyne, appellee. Gen. No. 25,899.

Action on the case for malicious prosecution. Judgment for defendant on demurrer. Appeal from the Superior Court of Cook county; the Hon. Hugo Pam, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed April 12, 1921.

James Hartnett, for appellant. Edwin J. Raber and Edward E. Wilson, for appellee.

Mr. Justice Gridley delivered the opinion of the court.

---

William Harrison, defendant in error, v. Ira W. Johnston, plaintiff in error. Gen. No. 25,812.

Suit upon an account stated for money advanced. Attachment dissolved and judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. C. F. McKinley, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1920. Affirmed. Opinion filed April 12, 1921. Rehearing denied April 26, 1921.

Oscar S. Seaver, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.